# Court of Appeals
# of the State of Georgia

ATLANTA,    March 14, 2014

*The Court of Appeals hereby passes the following order:*

**A14E0019.   RICHARD C. STANLEY v. THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK.**

Appellant has filed an emergency motion seeking to stay a writ of possession, which was issued on September 4, 2011. In order to challenge the writ of possession, Appellant was required to file a notice of appeal within seven days of the writ's entry. See *Fritz v. Shadwich*, 3212 Ga. App. 906, 907 (720 SE2d 361) (2011). Accordingly, appellant's motion for a stay is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/14/2014*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*